UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| DERREK LARKIN ET AL., | 19-Cr-833 (SHS) |
| Defendants. | ORDER |

SIDNEY H. STEIN, U.S. District Judge.

    Attorneys Jeffrey Lichtman, Jeffrey Einhorn, and Jason Goldman filed notices of appearance on behalf of defendant Derrek Larkin on September 14, 2020 (ECF Nos. 98-100) and intend to replace currently retained attorney Brian Neary. (ECF No. 29.) Pursuant to Local Criminal Rule 1.2, Neary may not withdraw as counsel without complying with Local Civil Rule 1.4. Local Civil Rule 1.4 specifies that "[a]n attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court," after "showing by affidavit or otherwise . . . satisfactory reasons for withdrawal or displacement and the posture of the case . . . and whether or not the attorney is asserting a retaining or charging lien." Accordingly,

    IT IS HEREBY ORDERED that Neary shall file a motion to withdraw in compliance with Local Civil Rule 1.4 on or before September 22, 2020.

Dated:  New York, New York
         September 15, 2020

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.