

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 16, 2020

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Derrek Larkin*, **19 Cr. 833 (SHS)**

Dear Judge Stein:

  The Government respectfully submits the attached proposed supplemental protective order, which the Government and defendant Derrek Larkin respectfully request be entered by the Court.

           Respectfully submitted,

           AUDREY STRAUSS
           Acting United States Attorney

      by: /s/ Robert B. Sobelman
           Kiersten A. Fletcher
           Benet J. Kearney
           Robert B. Sobelman
           Assistant United States Attorneys
           (212) 637-2238 / 2260 / 2616

cc: Jeffrey Lichtman, Esq. (by ECF)
   Jeffrey Einhorn, Esq. (by ECF)
   Jason Goldman, Esq. (by ECF)
   Brian Neary, Esq. (by ECF)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :   SUPPLEMENTAL
UNITED STATES OF AMERICA      :   PROTECTIVE ORDER
                              :
     - v. -                   :   19 Cr. 833 (SHS)
                              :
DEREK LARKIN,                 :
                              :
              Defendant.      :
                              :
------------------------------X
```

WHEREAS, on January 24, 2020, the Court entered a Protective Order, which was executed on behalf of the defendant by Brian Neary, Esq. (Dkt. No. 59);

WHEREAS, on September 14, 2020, Jeffrey Lichtman, Esq., Jeffrey Einhorn, Esq., and Jason Goldman, Esq., entered notices of appearance as counsel on behalf of the defendant (Dkt. Nos. 98-100);

IT IS HEREBY agreed, by and between the United States of America, Audrey Strauss, Acting United States Attorney, by Kiersten A. Fletcher, Benet J. Kearney, and Robert B. Sobelman, Assistant United States Attorneys, of counsel, and Mr. Lichtman, Mr. Einhorn, and Mr. Goldman, counsel for the defendant, that Mr. Lichtman, Mr. Einhorn, and Mr. Goldman are and shall be bound by the terms of the Protective Order, which is incorporated by reference herein, as if they were original signatories thereto.

**Acknowledgement of Protective Order**

I have read and reviewed the Protective Order entered on January 24, 2020, in the above-captioned case, I understand it, and I acknowledge that I am a        be bound by the Order.

_____
Jeffrey    chtman, Esq.
Attorney for Derrek Larkin

_____
Jeffrey Einhorn, Esq.
Attorney for Derrek Larkin

_____
Jason Goldman, Esq.
Attorney for Derrek Larkin

Dated: New York, New York
       September 16, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.