

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 4, 2021

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Derrek Larkin,* **19 Cr. 833 (SHS)**

Dear Judge Stein:

The Government respectfully submits this letter to request that the deadline for the Government's response to the defendant's pretrial motions (Dkt. Nos. 130-32), which is currently due on January 12, 2021 (Dkt. No. 136), be extended by four weeks to February 9, 2021, in light of the parties' ongoing discussions about a potential pretrial resolution that may result in the withdrawal of the motions. The defendant consents to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: /s/ Robert B. Sobelman
Kiersten A. Fletcher
Benet J. Kearney
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2238 / 2260 / 2616

Cc: Jeffrey H. Lichtman, Esq. (by ECF)
    Jeffrey B. Einhorn, Esq. (by ECF)
    Jason Goldman, Esq. (by ECF)

**Request granted.**

**Dated:** New York, New York
         January 4, 2021

SO ORDERED

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.