LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

January 22, 2021

**BY ECF**
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Cheedie</u>, 19 CR 833 (SDNY)

Dear Judge Stein:

I am writing on behalf of defendant Derek Larkin and following yesterday's change of plea hearing to respectfully withdraw Mr. Larkin's December 1, 2020 omnibus pretrial motions which remain pending at this time.

Thank you for the Court's consideration on this matter.

Respectfully submitted,

Jeffrey Lichtman

cc:   All counsel (by ECF)