LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

May 6, 2021

**BY ECF**
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Cheedie**, 19 CR 833 (SDNY)

Dear Judge Stein:

  I am writing on behalf of defendant Derek Larkin to respectfully request a four week adjournment of the defendant's May 26, 2021 sentencing and corresponding extension to file his sentencing submission. The reason for this request is that Mr. Larkin was diagnosed with a mass in his lungs and needs to have a follow-up PET scan to determine if the mass has grown and a biopsy is required. We are informed that this scan, however, will need to occur after the present date of Mr. Larkin's sentencing – and we anticipate that the defendant's medical conditions and corresponding records will be featured prominently in our sentencing letter. The government, by AUSA Kiersten Fletcher, has no objection to this application.

  Thank you for the Court's consideration on this matter.

Respectfully submitted,

Jeffrey Lichtman

cc: All counsel (by ECF)