LAW OFFICES OF
## JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.Jeffreylichtman.com

**MEMO ENDORSED**

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

June 4, 2021

**BY ECF**
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

### Re: United States v. Cheedie, 19 CR 833 (SDNY)

Dear Judge Stein:

I am writing on behalf of defendant Derek Larkin to respectfully request a four week adjournment of the defendant's June 23, 2021 sentencing so that we may provide the Court with the details of Mr. Larkin's medical condition in both our sentencing submission and oral presentation as relevant pursuant to 18 U.S.C. § 3553(a). The government, by AUSA Kiersten Fletcher, has no objection to this application, and I am available any time on July 21 or 22 for Mr. Larkin's sentencing, the Court's calendar permitting. Should those dates be inconvenient for the Court, I am also available any time on August 4 or 5 for Mr. Larkin's sentencing.

As noted in our May 23 Letter, Mr. Larkin was recently diagnosed with a mass in his lungs and informed by his pulmonologist that he would require a follow-up scan to determine if the mass had increased in size and whether a biopsy or surgery were required. The attached correspondence with Mr. Larkin's doctor confirms that this second scan was to take place on or after July 5 – and he is presently scheduled for such shortly thereafter. See June 2, 2021 Letter of Dr. Nader Mahmood, attached hereto.

Thank you for the Court's consideration on this application; I remain available for a teleconference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

enc.
cc:     All counsel (by ECF)



**Nader Mahmood, MD, FCCP**
**Manar Al Asad, MD**
825 Riverview Drive, Totowa, NJ 07512

June 2, 2021

RE:   Name: Larkin, Derrek
        DOB: 07/18/1983

To whom it may concern:

This letter is in regards to the above referenced patient. Mr. Larkin is currently under my care for his pulmonary conditions. The patient is due for follow-up CT imaging of the chest and must be completed on or after July 5,2021. If you have any questions, please feel free to contact me during standard business hours.

Sincerely,

Nader Mahmood , MD, FCCP

The sentencing is adjourned to July 22, 2021, at 3:00 p.m. The defense submissions are due by July 8, and the government's submissions are due by July 15.

Dated: New York, New York
       June 4, 2021

SO ORDERED:

_____
       Sidney H. Stein, U.S.D.J.