LAW OFFICES OF
## JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

July 2, 2021

**BY ECF**
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>United States v. Cheedie</u>, 19 CR 833 (SDNY)

Dear Judge Stein:

I am writing on behalf of defendant Derek Larkin and with the consent of the government to respectfully request a final adjournment of Mr. Larkin's sentencing to August 2, 2021 so that we may provide the Court with the details of Mr. Larkin's medical condition in both our sentencing submission and oral presentation as relevant pursuant to 18 U.S.C. § 3553(a).

Specifically, and as discussed in the attached letter from Mr. Larkin's pulmonologist, the defendant is scheduled for a July 14, 2021 CT scan of his lungs, "a follow-up on abnormal ... findings seen on prior imaging studies." <u>See</u> June 30, 2021 Letter of Dr. Nader Mahmood, attached hereto. The adjournment that we seek will permit the inclusion of these results and Mr. Larkin's preliminary prognosis in my sentencing submission.

Thank you for the Court's consideration on this application; I remain available for a teleconference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

Enc.

cc: All counsel (by ECF)

**The sentencing is adjourned to August 2, 2021, at 11:00 a.m. The defense submissions is due by July 20, the government submission is due by July 27, 2021.**

Dated: New York, New York
July 6, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.

 

**Nader Mahmood, MD, FCCP**
**Manar Al Asad, MD**
825 Riverview Drive, Totowa, NJ 07512

June 30, 2021

RE: Name: Larkin, Derrek
DOB: 07/18/1983

To whom it may concern:

This letter is in regards to the above referenced patient. Mr. Larkin is currently under my care for his pulmonary conditions. The patient is currently due to complete a CT scan of the chest on July 14, 2021 to follow-up on abnormal lung findings seen on prior imaging studies. Once I obtain the report, I will review the results of the study and schedule the patient for a follow-up appointment to discuss these results. The date of the follow-up appointment will be determined based upon the severity of the CT scan results.

If you have any questions, please feel free to contact me during standard business hours at (973) 321-1670.

Sincerely,

Nader Mahmood, MD, FCCP

northjerseypulmonary.com
Phone: 973-321-1670
Fax: 973-321-1672