# EXHIBIT 1

To Whom it may concern..

My name is Kyle Folb Sr.
I am a carpenter foreman and machine operator for centurion companies llc.

I am writing today for my friend and my brother, Derek Larkin. I know you are going to be deciding what his punishment should be. And I just want to let you know what I know about the man.

I have known Derek for over 20 years. He has always done everything he could to help me and my family and to make sure we were ok. I met Derrek when I was 21 and I am now 40 years old. He is a few years younger than me. I had my own struggles as a young man and I ended up in my own troubles. When we were young and I had everything going on, Derrek helped me to get over my divorce and help me do what I had to do.

My sons mother left me and both my sons who were babies at the time. I had a dead end job and not talking with my parents or my family. Derrek helped me by giving me a place to stay with my two boys. After it was no longer realistic for us to stay, he rented me a hotel for 6 months in Oakland, NJ called the Ramapo Motor Lodge. He paid for me and my 2 sons to live there for 6 months to make sure we were safe and had a roof over our head.

After that I know he got himself wrapped up in his own troubles but we were always in touch and he was my brother. When he came out of prison, we worked together on a few jobs. I was helping him as he helped me. He was always on time and a great help and always my right hand man to make sure everything got done. .

I would do anything for him and I know he would do anything for me.

He is one of the best people I have ever known in my life and will be part of my life and my heart as long as I live.

He is a great father and a husband and a friend. He takes such good care of both his boys and his wife. And still worries about me and my family and his also.

I don't know how he got in this predicament he is in bit I know he is a good man and we all need him.

I am begging you judge to please, please think about all the lives that this is going to effect by putting him away. I know he is a good person, a good man, and the best friend I could ever have that became my brother. He deserves a chance your honor. He deserves to take care of his wife and boys. Please your honor. Please be lenient on him. He is worth it.

Sincerely yours,

Kyle Folb Sr.

# EXHIBIT 2

Denise Igdalov
222 E. 41st St., #8-045
New York, NY 10017


January 26, 2021


Hon. Sidney H. Stein
United States District Judge
500 Pearl Street
New York, NY 10007

Re: Derrek Larkin

Your Honor,

I am writing this letter on behalf of a good friend, Derrek Larkin, to bring to light his congenial character despite the circumstances in which he is brought forth to you.

I came to know Derrek 5 years ago when my husband, then boyfriend, brought me to a get-together being thrown by the Larkins in honor of a friend's recent engagement. Reflecting back on our friendship, this first interaction is truly the essence of who Derrek is – gregarious, nurturing, and always thinking of others before himself. Our budding friendship was easy due in part to our shared love for the same sports teams and as time went on, our two families would share more and more milestones together.

After Derrek and Mattie were married, Derrek shifted his entire attention to my husband and I as we were the next couple up on the social calendar. When Covid-19 sidelined our dream wedding, it was Derrek whose gears were constantly turning to try to salvage our special day. Whether it was his home, resources, or even his humor to break through the tears, Derrek offered it all. His selflessness has no bounds.

When he found himself out of work, I was surprised that he asked me for help in résumé writing and job leads. As an accountant in healthcare, I knew my network was opposite of his background, but I was utterly impressed at his fervor for leaving no stone unturned during this time. I found his ability to ask for help from his friends incredibly valiant. I recognized that because of Derrek's dedication to his wife and sons, he would rather throw himself into the unknown than to disturb the stability he provides for his family.

If you spend ten minutes with Derrek, you will see that his charisma and warmth can fill a football stadium. This is because the true nature of his heart is to love, protect, and care for not only his

loved ones but anyone he comes into contact with. I acknowledge that Derrek has plead guilty to a serious crime and I hope that my words today have helped to give insight on Derrek Larkin outside of this grievous matter.

Best Regards,

Denise Ingrid Igdalov
digdalova@gmail.com
917.653.0099

EXHIBIT 3

To honorable Sidney H. Stein,

      To introduce myself, my name is Dan Miller and I am currently a painter in the Union along with being a knowledgably carpenter for over a decade. Although I am aware of Derrek Larkin's charges, I am happy to offer my support of his good character. I have known Derrek for over twenty years and met him through mutual friends around the age of 15. We have had a strong friendship ever since. Similar to Derrek, I am a father of two sons. Derrek became a father before me and quickly became a good example of what I wanted to transpire to be as a dad.

      Aside from being a terrific father and husband, Derrek is a dependable friend and is always willing to step up and help others. A little over a year ago my mother was diagnosed with stage 3 breast cancer. Derrek was quick to offer condolences and made me feel at peace through kind words and actions. He frequently called me to ask how I was doing and most importantly how my mother was doing. He was aware of my mother's financial circumstances and along with contributing himself, offered to raise money for her. What stands out the most about him is that he is always there to help anyone in need.

      Over the years, Derrek has frequently opened his door to friends and family for gatherings to make memories. His inviting and generous personality can never go unnoticed. For example, during gatherings he's made sure my family has felt comfortable and accounted for. Being a great provider for his sons, he has also been generous and thoughtful with gifts to my son. My son being a typical toddler who can be moody with new people has always gravitated towards Derrek.

      Derrek is kind, loving, generous, and an all-around great person to not only myself but to others. He has had a positive impact on those he comes in contact with and hope he can continue to do so despite these charges. I hope you can look past these and see the value Derrek brings to everyone and everything around him.

      Sincerely,
      Dan Miller

      636 Godwin Ave Apt 13b
      Midland Park, NJ 07432

      (201)294-1339

      DMiller711@gmail.com

EXHIBIT 4

To the Honorable Sidney H. Stein,

My name is Nikolay Igdalov and I am a lifelong friend of Derrek Larkin. I met him when I was in high school and he always looked out for me. That's the kind of guy Derrek always was, a fierce protector he would jump in front of a speeding car to push you out of the way. It is true that as a young man Derrek was often in trouble, and I was too but I watched him settle down about 8 years ago when he found out he had a kid on the way.

Derrek turned his life around and focused on becoming the good father that wasn't there for him. I saw the man transform before my eyes from an overgrown kid into a grown man with a real sense of responsibility. He is one of the most motivated people I have ever met. I was convinced of this when having felonies on his record he still managed to win custody of his older son ██████ from the troubled mother. He provides those two great kids with the wholesome life that we never had growing up.

Six years ago my life was an absolute mess, I was struggling with addiction and ended up homeless with nowhere to turn, but Derrek took me in and helped me when many people wrote me off. In 2015 with his help I went into treatment and have been sober ever since. Today I am a married man, I am finishing a Masters program in May, and going into medical school in the Fall. I am convinced if it wasn't for his help I would be dead, but instead I get to have an amazing life today because a good friend did not give up on me. We all make mistakes but I have seen time and time again the positive effect Derrek has on those around him. While it is true that Derrek is pleading guilty and facing the consequences, I respectfully ask that you consider my experience with him when you are deciding on sentencing.

Respectfully,
Nikolay Igdalov
(646)617-1010
nigdalov@student.touro.edu

# EXHIBIT 5

# EXHIBIT 6

EXHIBIT 7



# EXHIBIT 8

February 15, 2021

Honorable Judge Sidney H. Stein
United States District Judge
500 Pearl Street
New York, New York 1007

Re: Derrek Larkin

To The Honorable Judge Stein,

My name is Denise Smith. Derrek Larkin is my nephew and Godson. Because of the close
relationship I share with my brother, I was fortunate enough to get to spend many of my days
babysitting Derrek during his early childhood years. We spent most of our days visiting parks,
playing ball, at sporting events, and the weekends were filled with family gatherings. Sadly,
Derrek became a different person following the devastating divorce of his parents. As a result,
Derrek made many mistakes, but I truly believe he has learned from them. Over the years, he
made a great comeback. I was able to celebrate his nuptials with him, watch him become a
father and overall better person after his time in jail. This recent incident truly came as a surprise
to me. However, I strongly believe that if given the opportunity to be with his children and
maintain his stable job, he will not make such bad decisions ever again.

Thank you for your time.


Sincerely,
Denise Smith

# EXHIBIT 9

2653 Stonyhill Court
Cape Coral, FL 33991

January 30, 2021

Hon. Sidney H. Stein
United States District Judge
500 Pearl Street
New York, NY 10007

Dear Honorable Sidney H. Stein:

I am writing to you on behalf of my son, Derrek Larkin, who has plead guilty to serious charges and is appearing before your court.

Derrek had some problems in his past. He was young and made mistakes. As a divorced dad, I tried to instill strong Christian values and a strong work ethic on Derrek. I spent as much time as I could with Derrek and his brother, taking them to many sporting events, family events, and school activities. I can tell you this, Your Honor, it wasn't easy. The divorce was difficult for him. He became rebellious and made poor choices.

Over the past seven plus years, I've seen Derrek mature into a responsible husband and father. His first priority is his family. I have seen Derrek's interactions with his sons and am amazed at the young man he has become. He is nurturing and involved in the boys' activities. At their young ages (7 and 4), he is patient in helping with school work, spending time reading with them, and teaching them. He is encouraging his oldest son as he is starting to become interested in sports activities.

For the past year plus, Derrek has been volunteering his time and offering his home as a foster home for rescue dogs. His caring nature has proven to be helpful in handling these vulnerable animals. The dogs could be in his home for as long as two to three weeks until they are adopted. As we FaceTime, I see Derrek teaching his sons how to be kind to the dogs.

Derrek has been working steadily over the past eight months trying to earn his union book in the Ironworker's Union. I understand that his boss has been supportive of this effort. This would turn into a long-term career with benefits, pension, and 401K and stability for his family. I truly believe this will be the best path for him.

After serving time for his past offenses, Derrek's goal was to become a good citizen and to be on a straight and narrow path. It's important, Your Honor, for young children to have two parents in the home. He and his wife, Mattie, are setting an example for their boys of what a loving marriage and home are. I hope you can consider this and show leniency in your decision.

Sincerely,

Steve Larkin

Steve Larkin

# EXHIBIT 10

Honorable Sidney H. Stein
United States District Judge
500 Pearl Street
New York, New York 10007

Your Honor,

My name is Theresa Apgar. I have known Derrek since he was 5 years and am like an Aunt to him. Derrek's mother and I met when we signed our boys up for sports

together and have been best friends for over 30 years .Our families have spent many holidays and vacations together. I am aware that Derrek has pleaded guilty to a

serious crime and will be appearing before Your Honor for sentencing. I have witnessed Derrek's childhood struggles firsthand with ADHD and his parents divorce..

He had a very difficult time. It is rewarding to see that that same little boy overcame his earlier struggles to become a loving husband and devoted father.

I would hate to see his sons experience the same heartache that Derrek experienced as a child due to the absence of his father. He has enrolled his oldest son in

football and baseball and devotes his free time playing with his boys and helping his older son improve his skills. He is a very hands on dad and I have seen his boys

drop whatever they are doing, no matter how involved they may be, screaming," Daddy's home" as they run to him. My 7r yr old granddaughter is a playmate to Derrek's

older son, �â–ˆâ–ˆâ–ˆ also 7yrs old. I overheard a conversation between the two and they were talking about school and classmates and who their best friends were.

â–ˆâ–ˆâ–ˆ turned to my granddaughter and very sincerely said, "My dad is my best friend". It was very touching. Derrek is currently employed as an iron worker which is

extremely physical work. He puts the needs of his family first and sacrifices the physical aches and pains in order to provide for his family. I also know Derrek to be very

very compassionate. He would help you at the drop of a hat. He also has a love for animals as well and has opened his home to rescue dogs providing them

a safe haven and loving home until a suitable home can be found for them. In April of 2019, I had emergency surgery and Derrek was one of the first to call me when I

was released from the hospital to see if I needed anything. I was very touched that he reached out to me. He has a heart of gold.

Respectfully,

Theresa Apgar

# EXHIBIT 11

Honorable Sidney H. Stein
United States District Judge
500 Pearl Street
New York, New York 10007

RE: Derrek Larkin

January 22, 2020

Your Honor;

My name is Frances D'Amico and  I am Derrek Larkin's maternal grandmother who will be 90 years old in June. Unfortunately Derreks grandfather passed away in 2015 and that was a great loss for Derrek.

I am aware that my grandson, Derrek Larkin has pleaded guilty to a serious crime and will appear before you for sentencing.

Derrek had a difficult time developing in his young years and was then diagnosed with disabilities. He has come along way from that time. His turning point was a new start in life eight years ago. He always  looked for extra work to take care of his family. He is married and has two beautiful boys           who is 7 years old and           who is 4 years old. Derrek is a great father and a loving husband to his wife. He devotes all his time to being with his family when he is not working.

I have journeyed with Derrek through all his life. Derrek offers help to anyone in need and excepts challenges as best he is able.

I am a graduate of St. Elizabeths College of New Jersey with a Bachelor of Science Degree. I was employed in New York as a cost accountant and the only girl in the entire department that had a college degree. I then taught elementary school up until I started a family. I had four children and spent my time at home. I took a job with United Airlines when my children were older and I worked for them until I retired.

Derrek witnessed the joy and love that reigned in our family. A fond memory of Derrek was when he was three years and a ring bearer in my sons wedding. Derrek fell asleep at the alter and this captured everyones attention.

Sincerely,

Frances D'Amico

EXHIBIT 12

Hon. Sidney H. Stein
United States District Judge
500 Pearl Street
New York, New York 10007


Dear Judge Stein,

I have known Derrek for several years. Derrek is a hard-working, helpful and productive member of society who loves and takes care of his family. I understand that he has submitted a guilty plea for a grave crime and will be appearing before you to be sentenced soon. Given my experiences with Derrek, I was extremely surprised to hear about this situation. I am certain that he has learned a great deal from what has happened as a result of his actions. And I ask you to consider who Derrek is and his importance to his friends and family when coming to your decision.

I rarely see Derrek because he spends the majority of his time at home with his wife and two children. When I do see him, it's almost always because I come by to exercise with his downstairs dumbbells after his kids have gone to bed. When I think of Derrek, I see in my mind a mom, a dad and two young boys in the TV room playing a made-up game with some assortment of toys and pillows on a Saturday night. He has helped to raise two amazing children. And his role in their lives is critical to their wellbeing.

About a year ago, I lost my job, and was having trouble finding a new position. I stopped by Derrek's house to use his bench press. And before I left, he was looking for a job for me. He ended up calling me a few days later to let me know about an open position at a construction company his friend worked for. The pandemic hit shortly after, so I never got to start the position. But people who go out of their way for others like that are in short supply. And that's who Derrek is: a genuinely decent person who goes out of his way for others.

Derrek has also impressed me with his willingness to help others who aren't friends or family. Derrek and I started lifting together once a week about three years ago (somewhere close to that amount of time, at least). A few months after we started, I stopped by his house without having eaten dinner. My blood sugar quickly dropped and I asked if we could pause our workout for me to run to a nearby Walgreens and grab a protein drink. On the way back, we drove by a homeless man who was going through a garbage can for food. Derrek turned back into the parking lot to make a U-turn, went all the way back around, pulled up to the man and pulled out two twenty-dollar bills. He gave them to me and instructed me to give them to the homeless man so that he could buy himself a "nice dinner." I'm a pretty charitable guy. But the way he did this has always stuck with me as an exceptionally good deed. Experiences like this have shaped my perception of Derrek and are the motivations for me to write this letter to you.

Derrek is an important person to many. There is a lot that I could write about him. But I understand that you are very busy and I want to be respectful of your time. I don't believe that Derrek would intentionally hurt anybody. And after all of the stress and anxiety that the

repercussions of his crimes have caused him over the past year (an already overwhelmingly stressful year), I know that he will be extremely careful to never repeat his past mistakes. Please consider his family, the beautiful relationship that he has with his children and the tremendous and positive influence that he has on them when you sentence Derrek. Please allow him to continue to be there for his family in these uncertain times when they need him the most.

Thank you for your consideration.


Sincerely,

Eric Simmons

# EXHIBIT 13

07/02/2021

Dear Honorable Judge Stein,

My name is Mattie Cirilo, I was before you for sentencing in your courtroom on June 29th last month. I would like to first say thank you for giving me a chance and I will not let you down.

This letter is not about me but about my husband, Derrek Larkin. I know he will stand before you as I did, and I know that on paper he doesn't seem to you like the same man I know him to be. He is actually the opposite. We both ended up here by our own fault and bad decisions, but I know this is not who Derrek is because I know him better than anyone. One of the great things I love about him is he loves animals and we have volunteered together for years helping animals. I wanted to attach a newspaper clip of Derrek from 2018 at the daycare in our community during animal week - the photo shows him with the first dog he rescued, though to date there have been many more. I also found a video from a time at our son's baseball practice where we found a baby bird right on the track where vehicles were passing through. Derrek found something to move the bird out of the way and explained to the group of kids that were watching in total awe not to bother the baby bird so they wouldn't get sick or hurt the bird. He didn't know I was recording, but this was a special moment for me that my kids saw their dad do that. He is always willing to pull over his car or stop what he is doing to help anyone or anything in need. This is one of the things I loved about Derrek right from the start.

The most important thing to Derrek is being a dad. He is not the type of dad who ever needs a break, he is constantly wanting to be with and do things with his kids. He teaches them everything and they love playing with him - they are always so excited to have "boy time" which is where they get to pick any activity they want, just them and Dad. Right now, he is teaching our almost 5 year old to ride his bike with the training wheels off. He also strictly prefers story time with his dad because he does all the fun voices and sound effects. Our 7 year old loves sports and everyone always compliments him on how skilled he is which is great for his self esteem; he struggled a lot with that due to the situation with his biological mother. Derrek spends full days teaching him the rules and skills of his favorite sports. Derrek will keep playing until the kids get tired and be genuinely happy the whole time. When our oldest son was abandoned by his biological mother and was left with some health issues as an infant, Derrek just knew what to do. He was a new dad, a first time dad at that, and he spent all of his time researching the best pediatricians in the area, visiting different daycares and figuring out how to get him the best care in all aspects. My relationship with Derrek was early at that time, and that was something I really admired about him. He was so dedicated to giving his son a good life,

regardless of the hand he was dealt. Still to this day I admire him and his dedication as a father. Derrek is like no dad I've ever seen. He loves being a dad so much and our kids look up to him like a superhero. I am really proud that my kids look up to him and I know they will have his compassion and sincerity.

I know you have a job to do and you have to judge Derrek based on what you see. I am just pleading for any leniency you can give. I met Derrek before he was introduced to these two companies and I can say that as a person he never intends to hurt anyone, that was never his goal. I know Derrek's heart - and I also know the government as well as Your Honor will have a hard time seeing what I see, but he deserves another chance, too. He needs another chance to start. I have watched him suffer emotionally through these past 2 years and he speaks often about his regrets. He wanted to do the right thing, he still does and I know he will. I intend to be home with our two boys, with the mercy you have given me to do so, and stand by until our family can reunite with all of the lessons that came with this. Our boys are quite young, only 4 and 7 years old, and I am hopeful our family can move on from this one day. I just want you to know the man he really is will make up for his mistakes when he is given the chance again.

I really hope you get the opportunity to read this, Your Honor. My goal was to give you a view of the real Derrek, one you will not find by looking at his papers and I hope I was able to do that.

Thank you again for your time,

Mattie E. Cirilo

07/02/2021

# LET US SHOW YOU THE WORLD!



**Weekly local tours:**

> Hudson Valley Wine + Castle Tour w/ Hibachi Dinner at Kiku $139/pp
> Amazing Longwood Gardens w/ Nemours Mansion $106/pp
> Princeton Art Museum, Grounds For Sculpture w/ lunch @ Nassau Inn $99/pp

> Gourmet Lunch: Culinary Institute $108/pp
> Broadway show bus trips!
> Cloister, MET & Dinner @ Carmine $129/pp

Book your tours today!
www.gilligansadventures.com
Contact us: info@gilligansadventures.com

See more tours (local and international!) on www.gilligansadventures.com

# Community Scrapbook



**CUB SCOUTS VISIT MAYWOOD SAL**
The Maywood Cub Scout Wolf Den recently joined the Maywood Sons of the American Legion for their monthly meeting. The scouts assisted the squadron with their opening flag salute and prayers in order to earn badges. Pictured are SAL Commander Robert Perry along with Scouts ███ and ███ Commander Petry stated, " It is an honor to have these young men join us today. I hope the entire Legion Family continues to do more with all of Maywood's scouting organizations to help them learn the values of their duty to their country, community and our veterans." (Photo submitted)



**SCHOOLS IN**
Please Drive Safely

**Don't let Friends Drink and Drive.**





**SPECIAL VISIT**
The Easter Bunny visited Mrs. Pope's First Grade class at Memorial School. Happy Easter and Passover!
(Photo by Mrs. Pope)



**LEARNING ABOUT PETS**
TLC (Saddle Brook) hosted a week that was all about pets. The children brought in photos of their pets as well as some making a brief appearance. Pictured is the pre k 4 class with ███ A special thanks to ███ dad for taking time to bring their dog to visit us. (Photo submitted)

## SPECIAL VISIT

The Easter Bunny visited Mrs. Pope's First Grade class at Memorial School. Happy Easter and Passover! (Photo by Mrs. Pope)



## LEARNING ABOUT PETS

TLC (Saddle Brook) hosted a week that was all about pets. The children brought in photos of their pets as well as some making a brief appearance. Pictured is the pre k 4 class with ▓▓▓▓▓▓ Riley. A special thanks to ▓▓▓▓ 's dad for taking time to bring their dog to visit us. (Photo submitted)





**EXHIBIT 14**

Dear Hon. Sidney H. Stein,

My name is Christine Aletras and a proud friend of Derrek Larkin for over 10 years. I recognize that Derrek has pleaded guilty to a serious crime and will appear before you for sentencing. But I am writing this letter because I feel so strongly about the kindness, generosity, and love this man has shown to me and the people around him that I wanted to share my experience and the relationship I have with Derrek.

We met years ago, when we were in high school. I dated his friend, therefore we were around each other a lot. We were just children back then and I acknowledge that Derrek had done wrong in the past, but he has paid his dues, and entered back into civilization with love, forgiveness and strength in his heart. In fact, he wouldn't be the amazing man he is today without his past.

After so many years of not seeing him, I wasn't sure what to expect, but by the grace of god he was an honest man who had completely turned his life around. Inside and out.

I saw him fall in love with a beautiful smart and honest woman whom he treats like gold. We all know that the way you treat women is a huge judge of character. I became a closer friend with him through seeing this selfless love he displayed. Anytime I've needed him, he's showed up.

I've seen him fight tooth and nail to gain custody of his oldest boy▇▇▇▇ because he so desperately wanted to give him the life and the love that he deserved. The life and the love that Derrek knew he could now give him. He and wife Mattie had another beautiful baby boy and they are raising them with morals, love and support in a beautiful house.

I attended their wedding and what I would give to take you there because, in that moment, it's as if Derrek could sigh a sigh of relief. He made it. He learned from the past and worked so hard to move forward and was never looking back. He was making this woman his wife, with their children beside him in a beautiful location. And the most justifying thing about it all was how many friends and family were there to witness it. I am sure that everyone felt the same way I felt as I sat there staring at the tears that ran down his face as his wife walked towards him. In my heart, I know the true character of Derrek and I am so grateful to be in his life and to have him in mine. He deserves to continue to have his children grow up with a father, and continue to give back to the world.

It's almost as if every day Derrek spent away, he now uses every day to give back, because it doesn't end! Derrek and his wife also give back by being a member of animal rescue shelters, they foster dogs and provide a warm home for them to feel loved. They open up their house to family and friends, constantly providing us with laughter and great food!

I respectfully ask you when you make your decision to look at the character of Derrek and not the charges being brought against him. I realize that my letter was on the emotional side, but we

need more people like Derrek in this world. People who show up for their family, their friends, work hard and give back to the community.

Sincerely,
Christine Aletras
Christineca87@gmail.com
201-207-4996

EXHIBIT 15

To Honorable Sidney H. Stein:

To introduce myself, my name is Shaun Wilking and I have known Derrek Larkin for over 20 years. Even though we are from neighboring towns, I met Derrek during a pick-up hockey game when our two rival towns used to have games against each other. Since then, he has been a great friend. Derrek is a little older than me, and I look up to him like a brother and he would always look out for my best interests growing up. I understand that Derrek is pleading guilty, but I want to tell you about his true nature.

Derrek may have had a rough past and was caught up with the wrong people at one point in his life, but he has done a complete 180 in the last 10 years. I have seen where he came from then, to what he is now. Today, he is a happily married man, with two sons and a beautiful home. It is truly a great thing to see. He is the epitome of a wonderful father and husband. His sons, ▆▆▆ and ▆▆▆ have a father who has been there for them 24/7, 365 since the day they were born. Derrek even has full custody of his first son, ▆▆▆. As a male, it is almost impossible to get full custody of your children. I believe that this really shows you how good of a person and father Derrek is. He fought hard obtain full custody of his son, just so he did not have to grow up in a broken home.

I was in the Marine Corps Reserves for 8 years, worked full time as a Union Ironworker and did a full 5-year apprenticeship. So, for me, time was not of the essence with having such a busy schedule. As someone who's whole family lives out West, it's almost impossible to go see them, especially on holidays. Derrek always made sure there was always a place for me to go, and a plate at the dinner table at his house. I spent many holidays with his family because he knew that I was not able to spend time with mine and he understands how important family is.

In 2019, I was injured and recently had bi-lateral hip surgery. He was one of my only friends who came and visited me. While I was laid up, he helped my fiancé out with small things around the house because I was on crutches. He even helped shovel my house out after the last snow storm because of my surgery. His selflessness is un-waivered.

Last year, Derrek began taking the steps to join the same Ironworker Union that I am a member of. He is working on a permit with a company that I worked with for three years before I got hurt. All the feedback I get from my coworkers is how good of a worker he is and how he is going to make it far in the trade. The man shows up early, works

hard and is willing to learn everything possible about the trade. Ironworkers are a tough crowd, and for my coworkers to say something positive, especially about new guy to the trade, that must mean they really like him. I can't wait until I am healed up and start working side by side with him.

I can go on and on about Derrek because I have known him so long, but I'm not going to write a novel on our friendship. I hope when it comes to your decisions, you can look at Derrek as the great father he is to his sons, the husband that he is to his wife and the great friend that he is to us.

I respectfully ask you to look at the character of Derrek and not the charges being brought against him. The last thing anyone wants to see is his sons grow up without a father and we are all pulling for him to keep his family together.

Respectfully Yours,

Shaun Wilking

201-995-3806

Shaunwilking@gmail.com

# EXHIBIT 16

**Reid H. Folk**
6710 Burnet Lane
Austin, TX 78757
(512) 987-1571
Reidharterfolk@gmail.com

28th January 2021

**Hon. Sidney H. Stein**
United States District Judge
500 Pearl Street
New York, NY 10007

Dear Hon. Stein:

I have known Derrek Larkin for 20 plus years and count him as one of my best friends. I recognize Derrek has had a rough past influenced by undesirable people and desperate situations but has worked hard to be the man God created him to be today.

I am aware that Derrek has pled guilty to a serious crime, however I want to stress how genuine and big-hearted of a man he is – who has been an amazing person as a friend and hands down the BEST father I have ever witnessed.

Derrek has always had my back - one of the most loyal and caring human beings that I've ever met in my life. He has supported me in my own missteps while pushing me to better myself at the same time. A true friend.

It is obvious that he loves his family and values his role as head of his family seriously. He spends every waking moment focused on being the best father he can be for his kids. Notably - he fought tooth and nail to get full custody of his oldest son ███████ in order to protect him and provide a safe and loving childhood.

Personally - I am a very prideful person and not willing take handouts. During meager times at difficult point in my life years ago -  and with him knowing about my stubborn pride, he used to stick grocery money in my pockets and even went out of his way to find a job for me installing gutters. He would never let a loved one go hungry. That's just the kind of standup guy everyone knows Derrek to be.

I've never met anyone more generous in my life.

Just to show how much he cares - I personally have had a lot of struggles in life due to a nearly deadly brain injury I suffered from being hit by a car when I was eight years old. Derrek never let me use that as an excuse and always encouraged me to pursue success despite the educational difficulties due to my TBI. His belief in me propelled me to pursue trade school and achieve a successful career as a respected commercial HVAC technician in Austin, Texas.

He has always been such a positive and loving influence for me and it's imperative he be physically and emotionally present for his close-knit family. He treasures them and is absolutely committed to them and their future - I've seriously never seen a better father in my life.

When making your decision regarding Derrek and his family's future - I pray you take his good character and positive influence into consideration during sentencing. A good father is one of society's greatest assets and I pray he is granted the same encouragement and compassion he has so generously poured out into the stream of life.

Respectfully,

Reid H. Folk

# EXHIBIT 17

To Honorable Sidney H. Stein:

Thank you for your attention. My name is John Adams and I have been a friend of Derrek Larkin for over 20 years. I grew up in Midland park, a town next to ridgewood where Derrek and I became friends through a mutual friend. I always felt like Derrek was a big brother to me. He was that person out of the crowd that always treated you with respect and dignity. Even at a young age i knew Derrek had a good heart, and thats part of the reason we stayed friends for so long. He was the kind of person you could always count on and he would be there for you no matter what. I know a few stories or sentences won't truly make you understand the amazing character of the man who will be standing in front of you. So I would like to just say a few things you may or may not know already. Derrek has made a few bad decisions in his past as I'm sure we all have because no one is perfect, But what I can tell you about this man is he loves his family perfectly. Since the day he had his first child▮▮▮▮he has never missed a beat. I've seen first hand how much Derrek will put his family first and take care of there every need and love and support them, which is why the courts awarded him full custody of his first child. I honestly don't know any man in New Jersey that has ever won full custody over there child. That right there should say a lot about his character. He is an amazing father who has changed▮▮▮▮life for the better. Once Mattie his now wife, came into Derrek's life, they both changed each other's lives for the better. Since the first day Derrek introduced his friends to Mattie till years later, these two have been an inseparable force. Mattie has been nothing short than an amazing mother to▮▮▮▮ You can see when your over Derrek's house how much▮▮▮▮loves being there with the two of them. Derrek and Mattie went on to having there own child▮▮▮▮. I myself have two younger boys like Derrek. Our kids are very close in age so we have gotten together many times to let the kids play. The Environment in the Larkin household is filled with love and compassion for everyone in his family. They have raised really good, incredible children!! Derrek goes above and beyond to make sure he is doing his part. I know Derrek has a lot of things going against him within the past year, but with that said  this past year Derrek has been working very hard towards getting his iron workers union book. The man will never give up on his family. I know the justice system is the public's oversight to decided whether someone is a danger to society, I believe Derrek shows everyday how hard he will work to contribute back to society. He is no danger! He is one of the nicest people I know. Sometimes people get caught up in the wrong place at the wrong time. I myself am a hard working man. I am the head mechanic for Ringwood DPW and also a volunteer firefighter for Ringwood. I know first hand what good and bad character looks like. I can tell you without a single doubt Derrek is a good man. I think about the well being of his children, and that they deserve to have there Father around. I respectfully ask you really take a close look at him and his life and hopefully see what myself and many others see in him. Thank you for your time, I truly appreciate it.

Respectfully Yours,
John Adams
973-600-5559
Jasexclusive18@gmail.com

EXHIBIT 18

Hon. Sidney H. Stein
United States District Judge
500 Pearl Street
New York, NY 10007

To Hon. Sidney H. Stein,

My name is Michael Cornell and I have known Derrek Larkin for over 25 years. Derrek and I have been friends since grade school. I recognize that Derrek is pleading guilty to the charges presented; however, I am writing this letter to show the true character of Derrek.

As a godfather to Derrek's youngest son⬛⬛⬛, I have personally seen Derrek grow as a man, as a father, and as a member of his community. He has shown great resilience as a dad, even getting full custody of his oldest son⬛⬛⬛. Derrek has been a role model to his kids, showing them that it's not how hard you fall but how fast you get up. His son⬛⬛⬛ played football this year and Derrek was there for every practice and every game showing his support for his son and the team. I have known Derrek for a long time, and I have seen him grow into the great man that he has become.

As a CPA I struggled with passing the exam. I would speak to Derrek about it and he always encouraged me to stick with because he knew I was able to accomplish my dreams. I have seen Derrek accomplish his dreams in the last few years. As convicted criminal, it is hard to get a job, buy a house, or even have social equality within their community; however, after overcoming all those odds he was able to build a life for him and his family. He owns a house, he is married, and has two wonderful kids. Derrek's family is positively better with him in it.

I recognize that these are serious charges and I know that Derrek has taken responsibility for his actions. I respectfully request that you take these comments and his family into consideration when sentencing him. Thank you for your time and consideration.


Best Regards,
Michael Cornell CPA

# EXHIBIT 19

To: The Honorable Judge Stein,

I have known Derrek Larkin for over 20 years so I am writing on his behalf regarding his recent case. Him and I both understand the severity of these charges, however, I was troubled to hear of this news as he has shown himself to be a genuine person through the years I have known him. I personally have been hoping the court will show him some leniency because despite how Derrek Larkin appears on paper he has always been there for people in need. This is why, without hesitation, I took off work to sign his bond.

I would first like to speak about my friendship with Derrek. I have known him for many years and he has been the first person there for me when I needed someone. In 2019, I went through a very hard time when my father had a stroke and suddenly needed 24 hour care. My father and I were very close. I don't know how I would have gotten through this without Derrek. He was the first person at the hospital seeing what I needed and called to check in daily. He went with me to visit my father several times because it was very hard for me. I would call him to vent or even cry because I knew he would always stop what he was doing to take my call and never judge. When my father had to be moved into a hospice facility, at last minute's notice, Derrek immediately took a day off of work to help me move him in. When my father passed away, I called Derrek and he was at my house the next day to support me. I am now selling the house I shared with my father and the first thing Derrek told me with no hesitation was that if I needed a place to stay in the meantime his door was always open. The reason I will always be there for Derrek is because since I have met him he has always selflessly been there for me.

In addition to our friendship, Derrek is an amazing father and husband who spends most of his time with his wife and 2 kids. He works hard to support his family and makes sure they have everything they need. His oldest son loves sports and Derrek is at every practice and game genuinely happy to be there. While I understand that he has made unfortunate choices resulting in this case, I would like to stress how those things are not aligned with his character. Derrek's friend Justin Langfield was in a terrible accident that left him permanently brain damaged and unable to care for himself. When the initial wave of support and visits for this person wore off, Derrek was one of the only friends that still went to visit him consistently, even though he isn't sure if this friend even still recognizes him at all.

I hope I was able to put into words how I know Derrek Larkin to be - I love him as a brother. He is not the person you would ever be able to conclude by looking at him on paper. In my honest opinion I wish more people were like him. I have watched him change drastically from the person he was to the person he is now. All of his past mistakes you will see do not define him as a person. I have learned in life that sometimes people need another chance, and I hope you will be able to see that as well. I know that if he is given the chance he will continue to be a great person and never find himself in a situation like this again as his involvement has caused him a lot of regret.

Signed: Donald Wallace Jr., 704-500-9359

# EXHIBIT 20

Hon. Sidney H. Stein

United States District Judge

500 Pearl Street

New York, New York, 10007


To Honorable Sidney H Stein:

Good day your honor my name is Andrew Montano. I have known Derrek Larkin for over 12 years and counting. From the first time we were introduced he has been nothing but kind to me and my family. Over time I have gotten to know Derrek, his wife and his two young boys and

I understand that Derrek is pleading guilty to the charges brought against him. But If I may I would like to give you some examples of his character, and how he has changed his life around for the good. Derrek loves his wife and two boys more than anything else in this world. He is the definition of a family man; I have seen this firsthand while at his home. Derrek has provided everything he can for his wife and two boys so they can live a comfortable life. Derrek is currently trying to become a union ironworker so he can further his career and so he can make an even better life for him and his family. I can give many more examples of Derrek's good character. He was one of my only friends that helped me out when I needed help moving into my new house. Derrek was the first one to arrive and the last one to leave, I would not have been able to finish everything if it was not for him. We have helped each other out many times over the years. Your Honor I understand Derrek has had a rough past but if you can please, and with all due respect look at the man he is now. A great friend to me that would drop everything in an instant to come help me with whatever I need and more importantly a father to both his sons and a loving husband to his wife.

Sincerely yours,

Andrew Montano

973-816-9996

Andrew51791@comcast.net

EXHIBIT 21

January 25, 2021

Honorable Sidney H. Stein
United States District Judge
500 Pearl Street
New York, New York 10007

RE: Derrek Larkin

Your Honor:

My name is Denise Dreyer and I am Derrek Larkins mother.

I am aware that Derrek has pleaded guilty to a serious crime and will appear before you for sentencing.

Derrek is married and has two children. He is a great father and loving husband and enjoys spending time with his family. He finally got a break in obtaining a great job when a family friend had given him a chance in-spite of his past. I am hoping that Derrek is afforded the opportunity to continue his work and get into the Ironworkers union. This would be the break that he so deserves that will help him and his family. He is kind, considerate and has a conscientious approach towards life.

Last Mother's Day I was sitting at the kitchen island working and I looked up and there were my two little grandsons,         6 and         3  knocking at the back door with flowers. It was such a wonderful surprise and I was so appreciative that although they did not have a lot of time to spend with me Derrek drove an hour and a half to have the kids surprise me.

My biggest accomplishment in life has been in real estate. It afforded me the opportunity and gave me great pleasure in helping people over the last 15 years. I have been recognized as an outstanding representative in the industry as a result of it. I worked timelessly to meet all the needs of my clients whether they were buying or selling a home. The relationships that I have made have been very gratifying and lasting. My work ethic has given Derrek the desire to achieve.

Sincerely,

Denise Dreyer

EXHIBIT 22

Hon. Sidney H. Stein
United States District Judge
500 Pearl Street
New York, NY
10007


January 21, 2021

To Whom This May Concern,
My name is Wayne Dreyer and I have known Derrek Larkin for 28 years as I then married his
mother and have been his stepfather ever since then. Although he is not my blood, he is a son
to me today 28 years later and his children are my grandchildren today.

It is with great misfortune the events and circumstances that occurred last year.
I'm fully aware that Derrek has pleaded guilty to a crime that is extremely serious and will ap-
pear before you for sentencing.


Derrek has always been extremely tight with his children which have made a gentleman out of
him. His soft spot for his sons is obvious to all and he does whatever he can do for them. The
most recent memory is watching him in church seeing his son           get baptized and then
seeing them together at the table in the restaurant afterwards. He was a proud dad that day as
he is every day. On weekends he tries to do something the kids enjoy whenever he's off work.
He appreciates seeing them smile and enjoys watching them grow up. Last year his older son
registered for baseball and football, both times were very limited due to covid atmosphere, but
they made the best of it and the experience was there for his son, and the satisfaction was evi-
dent in Derrek, seeing his son do what Derrek did at his own earlier years. These are just a few
recent memories we all saw Derrek as a great Dad and doing what he loves. He is an ambitious
person and wants to live his life with his family and that's all that matters to him.

I personally have been fortunate to be in my own business for just under 40 years now. Over
that time I have employed over 500 people and dealt with people in the service business with
thousands of clients, which makes me able to say the following without hesitation: I am an ex-
tremely good judge of character and personality. I will also note that some of the hardest and
best workers I ever had working for me are people that needed a second or sometimes third
chance. I'm proud that I took those people and made them a life to want to work and live every
day.


Respectfully,


Wayne Dreyer

EXHIBIT 23

Hon. Sidney H. Stein
United States District Judge
500 Pearl Street
New York, New York 10007

Hello, I am Ronald Brancato, Derrek's uncle. I understand that Derrek has gone through some difficult times in his life and has not always made the right decisions in life. What I do know of Derrek is that the past several years, I have seen Derrek doing things in a positive way, such as raising his children, fostering dogs, and starting a new job. These are just a few positive traits to describe the kind of person I know Derrek is.

Over the past several years I have got to see the type of father Derrek is. Whether it's helping with school work, getting them involved with sports, or activities for school. Derrek and his wife also are trying to raise their children in the Catholic faith. They have recently baptized both children. My wife and I always included Derrek, his wife and his children in family parties or just to come over for dinner and swimming. I would always admire how attentive Derrek is with his children by playing with them in the pool, teaching them how to swim, and just making fond memories together. Derrek and his family always brought desserts or flowers for my wife, just very thoughtful.

Derrek and his wife Mattie have also showed how caring people they are in other ways, such as fostering abandoned dogs. They have opened up their home to these dogs until they are able to find a safe and caring home for them.

Derrek has recently started a new job. He has a new job in construction and is working hard. In the beginning, he had no idea how hard it is to get up early every morning, be at work on time, and do physical work every day. He has adjusted to this honest work life and is now in a good routine and doing well with his job.

I am very proud of Derrek knowing him at his lowest moment of life and to where he is today. I really believe that Derrek understands the opportunity he has been given to best provide for his family. This opportunity will allow Derrek to show his children what a positive role model he is by working an honest work life each and every day to support his family. It is my sincere hope that this letter is taken into consideration at this time.

Sincerely,

Ronald Brancato

Ronald Brancato

EXHIBIT 24

Hon. Sidney H. Stein
United States District Judge 500 Pearl Street
New York, New York 10007

To Whom It May Concern,

My name is Lou Strippoli. I am writing this letter in regards to Mr. Larkin. Mr. Larkin has been a great friend of mine for many years. I've seen him succeed and I've seen him fail. And when he has been up and when he has been down, he has never let his issues prevent him from being an excellent friend. In my late teens, I had an argument with my parents. They did not kick me out of the house, but I did not want to stay at home because I was so upset. I wanted a place to stay for a day or two to clear my head. I called Mr. Larkin and he let me stay for a few days at his home. He said, "stay here as long as you need to." I was very thankful for his hospitality and concern. He would talk with me about the argument and give his best advice. He also provided food for me. Me feeling guilty and feeling like an inconvenience, I asked him if I could buy us dinner one night. He denied the offer and said, "you got a lot on your mind and we have plenty of food here." His kindness and sensitivity to my situation is something I'll remember and appreciate forever.

Years later, I had the honor of being asked by him and his fiancee at the time to be the minister at their wedding. I gladly accepted. It was at an amazing hotel/resort in western New Jersey. Myself, guests, friends and family all arrived the day before the ceremony. Mr. Larkin and I shared a hotel room the night before the ceremony. While he should have been thinking about the wedding and dealing with his nerves and calming down and preparing, he was showing great concern for his guests. He couldn't stop wondering if everyone checked into their rooms with no problem or if everyone was socializing and having fun. He just showed a big deal of concern for the comfortability of his guests and members of the wedding party. I admired his high level of concern for everyone. He routinely checked on his children to see if they were happy and fed and enjoying themselves. He was texting his soon to be wife throughout the evening to reassure her that the ceremony will be perfect also while expressing his profound love for her.

That is the type of man Mr. Larkin is. I've always seen him think of others before himself. He appreciates his friends and family to a great degree. When he was released from prison, I saw a man who was incredibly regretful for his actions. He was determined to start his life over. He wanted the American Dream, and he obtained it. He met and fell madly in love with a wonderful woman. He was so excited and hopeful to become a father. He wanted a nice home where he could provide for his family. Those were his desires and still are. He yearns to provide for people. Thats in his nature and it makes him whole.

In conclusion, I can attest that Mr. Larkin is a good hearted person. He has made mistakes in his life. I, and his friends have seen him show true remorse for his prior actions. He wants stability, peace and happiness and he has been taking the rights steps to obtain those luxuries of life. He has shown that he is not a slacker through his immense work ethic. I am lucky to be able to have him has a friend. Thank you for reading this and I wish you good health during these difficult times.

Louis Strippoli
strippolilou@gmail.com

EXHIBIT 25

Honorable Sydney H Stein
United States District Judge
500 Pearl St.
New York, New York 10007


Hello Your Honor,

I am not entirely sure what say.  I have not written a character letter before, so I must say that I am at a little bit of a loss.  What I have written, however, is recommendation letters, and Derrek is someone who I would recommend.

I would recommend Derrek as a worker.  Anything he has put his mind to, he has achieved.  I have never seen such a workhorse before.  He has no problem waking up earlier to help a friend move and no problem going to bed late to make sure everyone is ok.

I would recommend Derrek as a father and family man.  Derrek has 2 beautiful sons and a loving wife.  Anytime I interact with his family I feel love and accepted.  He has truly built and amazing family.

I would recommend Derrek as a friend.  I have known Derrek for almost two decades.  In all the time I have known him, he has been generous, accepting, thoughtful, and kind.  He is a great listener and has great wisdom to share.  He is slow to back down and quick to help.

I hope this letter finds you well and you remain safe in these troubling times.

Thank you for your time,
Adam Schwartz

EXHIBIT 26

Hon. Sidney H. Stein
United States District Judge
500 Pearl Street
New York, NY 10007

To Hon. Sidney H. Stein,

I am writing this letter in the hopes that it will help you to see what kind of
person Derrek Larkin is, despite the transgressions that led us all to this point.
My name is Ryan Mulholland and I have known Derrek for over 15 years. Derrek
is a childhood friend that became extended family, a brother that I cherish due
to his dedication to family, unselfish and loyal character.

In the all the years that I have known Derrek he has expressed his desire to be
family oriented and a productive member of society. Although Derrek has made
decisions that have greatly impacted his life, he continues to have a positive
outlook and the perseverance to reach his goals. With all that Derrek has
endured he has been able to conquer the difficulties of life after incarceration.
Derrek has proven that he not only is a reliable and loving father but that he is
the glue that holds his family together. Derrek has two sons⬛⬛⬛⬛⬛and
⬛⬛⬛⬛and currently has full custody of his oldest son⬛⬛⬛ of who I am the
godfather to. It is a testament to Derrek's character and dependability. Derrek is
the type of father who provides a roof over his family and attends all his son's
recreational activities; he plays a major role in their everyday lives. In all the
years I have known Derrek I have seen many aspects of Derrek's personality and
I have always found Derrek to be extremely kind, dependable, and loved
amongst his peers.

On a personal level, Derrek has continuously been there for me if ever I needed
him. Last year specifically, I endured a very hard time when my grandfather was
diagnosed with COVID-19 and soon after passed away. Having to cope with his
passing along with the hospital not allowing visitors, even under those
circumstances, was difficult to say the least. I consider myself lucky that Derrek
was there for me through that hard time as he always has been before.

The transgression of Derrek's involvement should not be the only factor you look
at in this case. I hope you also consider the rehabilitation Derrek has made since
previously being incarcerated and his undeniable commitment to family and
raising his children. After his trials and tribulations, he was able to grow into a
loving husband, remarkable family man and continue to be an exceptional-
dependable friend.

Derrek is currently in the process of joining an Iron Workers Union. This opportunity will allow Derrek to be a productive member of society and continue being the father, husband, provider and friend that we know he is. Undoubtedly Derrek will take full advantage of the employment, succeed and be well like amongst his coworkers.

I can tell you without a doubt that Derrek Larkin is incredibly remorseful for what he has done. He has expressed this many times to all those he has disappointed. It was a mistake that he knows is irreversible and he will take full responsibility for his thoughtless actions. I ask that you take into consideration his willingness to admit guilt and perseverance in adversity and grant him some leniency when considering his sentence.

Sincerely,
Ryan Mulholland

EXHIBIT 27



Animal Rescue R Us
PO Box 1005
Lodi, NJ 07644
arrusadopt@gmail.com
www.arrus.org

February 18, 2021

To Whom It May Concern:

I am writing this letter on behalf of Mattie Cirilo and Derrek Larkin with whom I have had the pleasure of knowing for the past 6 years. Our relationship began when they adopted a dog from our rescue organization in 2015. Since that time, they have continuously proven that they are responsible, caring, and nurturing pet owners. Their dog, Riley, is not only well-behaved, but she is a trained service animal.

Post-adoption, Mattie and Derrek stayed in contact and continued to support the organization. They eventually opened their home to other dogs in need by becoming active fosters within the group. The time, kindness, and compassion that they have put into each and every one of their foster dogs has been insurmountable. With their help, we have been able find their fosters safe and loving homes. Their last foster, Honey, hit the jackpot when Mattie and Derrek decided to adopt her.

Not only are Mattie and Derrek excellent pet parents, they are also wonderful human beings. With that said, I wholeheartedly recommend them for this adoption. I have no doubt that they will provide a stable and loving home for this child.

With Warm Regards,

*Christina Chavis*

Christina Chavis
Director
Animal Rescue "R" Us

EXHIBIT 28

Hon. Sidney H Stein
United States district judge
500 Pearl St.
New York, NY 10007

My name is Eddie Guy. I am an owner operator of North Jersey Rebar LLC. We are a union contractor. I am aware that Derrek Larkin has pleaded guilty to a serious crime and going in front of Judge Stein for sentencing.

Derrek was referred to our company by a family friend. I agreed to meet Derrek in May of 2020 for an interview. We hired him right away. He has proven to be reliable, hardworking and conscientious. He has earned trust and respect from his supervisors and coworkers during his time with us.

Derrek reports directly to me. He has done many different jobs for us from working on large construction projects to the smallest of projects. During the pandemic jobs got tough to come by. I had Derrek do some work at my house and my mother inlaw's house. He was pleasant and respectful. I wouldn't bring anyone there that I didn't trust.

When talking with Derrek, most of our conversations revolve around family. He often talks about his wife and kids. He seems to spend his free time at home or at their activities.

I am working on getting Derrek in to the Ironworkers Union. If Derrek is afforded the opportunity to continue to work with us, he will be an asset to our company, union, and community.


Eddie Guy
Owner Operator
North Jersey Rebar
edguy@northjerseyrebar.com
201-923-6036

EXHIBIT 29

John Guy
12-47 12th Street
Fair Lawn, NJ 07410

January 29, 2021

Hon. Sidney H. Stein
United States District Judge
500 Pearl Street
New York, NY 10007

Re: Derrek Larkin

To: The Honorable Judge Stein

My name is John Guy. I am 63 years old and live in Fair Lawn, New Jersey.
I have known Derrek Larkin for over 30 years. I have been a family friend for over 50 years.
Derrek comes from a family with very strong values.

I understand that Derrek has pleaded guilty to a very serious crime and will be appearing before
you for sentencing.

I am now working in the construction field as a supervisor on commercial construction which is
owned by a family member. In May of 2020 we hired Derrek. The job entails extremely hard
labor and discipline and if you don't meet these qualifications you won't last in this field.
Derrek has been an asset to the company and extremely respectful to his fellow employees.

When I get a chance to talk to Derrek the conversation is based on his family. I know that his
wife and his two sons are the most important thing to him.

I hope the court takes this letter into consideration at the time of sentencing. Despite the
current case, I still believe Derrek Larkin to be a valuable member of
his community and a good human being.

Sincerely,

John Guy

# EXHIBIT 30

February 15, 2021

Honorable Judge Sidney H. Stein
United States District Judge
500 Pearl Street
New York, New York 1007

Re: Derrek Larkin

To The Honorable Judge Stein,

My name is Brian Smith. Derrek Larkin is my nephew. I have known Derrek since the day he
was born. Derrek was a happy child, always making family members laugh and having fun with
his brother and cousins. Unfortunately, his parents went through a bitter divorce and it truly had
a negative impact on Derrek's life. Since then, Derrek has made mistakes and has paid deeply
for them. Prior to this incident, Derrek had been making every effort to turn his life
around. Derrek recently got married and is the father of two children, both of whom love and
adore him. It would pain me to have his children not be able to see their father every day. This
could then result in a negative impact on their lives as well. As a member of law enforcement
for 35 years, I clearly understand the difference between right and wrong. I feel that if given the
opportunity, Derrek will again put every effort forward to be the best role model for his children,
a better husband, and a law-abiding citizen.

Thank you for your time.


Sincerely,
Brian Smith

Hon. Sidney H. Stein

United States District Judge

500 Pearl Street

New York,NY 10007

Dear Judge Stein,

My name is Thomas Weeks and I am writing you on the behalf of Derek Larkin. I understand Derek is entering a guilty plea to the charges against him and the intention of this letter is to implore your compassion in his sentencing.

I was introduced to Derek about five years ago by my fiancée, a childhood friend of his. Shortly thereafter his son ▓▓▓▓▓ was born. The man I met was amiable, easy-going and welcoming and we became fast friends. Over those five years I have seen him be nothing but a respectful husband and doting father to his two boys on many occasions.

I am aware that he had completed a prison sentence before I met him and that, in light of this, he may be facing steeper penalties for recent events; However, I believe that experience molded the kind, decent, faithful and loyal family man I met five years ago. I believe that he is not only capable of hard work but is enthused by the challenge it presents. Finally, I believe that it would be devastating to his two young sons to remove such a positive influence from their lives. I implore you to please ponder these points in your consideration of Derek's sentencing. Thank you for your time.

Sincerely,

Thomas Weeks