UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -v- | : | <u>ORDER</u> |
| DERREK LARKIN, | : | |
| Defendants. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court is in receipt of Mr. Steve Larkin's letter received today regarding Derrek Larkin [Doc. No. 466].

    IT IS HEREBY ORDERED that the Bureau of Prisons is directed to provide Derrek Larkin with all appropriate medicines and medical equipment.

Dated: New York, New York
       February 22, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.