UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -v- | : | ORDER |
| DERREK LARKIN, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the government is directed to respond to defendant's motion under Section 2255 [Doc. No. 476] on or before March 25, 2022.

Dated: New York, New York
       March 14, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.