UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -v- | : | ORDER |
| DERREK LARKIN, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

　　　IT IS HEREBY ORDERED that the government is directed to respond to defendant's motion for sentence reduction under 18 U.S.C. 3582(c)(1)(A) [Doc. No. 513] on or before April 7, 2022.

Dated: New York, New York
　　　　March 24, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.