UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,  :  19-Cr-833 (SHS)

-v-  :  <u>ORDER</u>

DERREK LARKIN,  :

        Defendant.  :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    On the joint motion of the parties [Doc. No. 542],

    IT IS HEREBY ORDERED that while serving the term of imprisonment to which he was sentenced in *United States v. Larkin*, 19 Cr. 833 (SHS), Defendant Derrek Larkin (the "Defendant") shall make installment payments toward his restitution obligation, and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Pursuant to BOP policy, the BOP may establish a payment plan by evaluating the Defendant's six-month deposit history and subtracting an amount determined by the BOP to be used to maintain contact with family and friends or participate in BOP-authorized programs. The remaining balance may be used to determine a repayment schedule. BOP staff shall help the Defendant develop a financial plan and shall monitor the inmate's progress in meeting his restitution obligation. Any unpaid amount remaining upon release from prison will be paid in installments in an amount equal to 15 percent of the Defendant's gross income on the first of each month.

Dated: New York, New York
      May 4, 2022

                        SO ORDERED:

                        _____
                        Sidney H. Stein, U.S.D.J.